UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>                Defendants. | NO.: 7-24-cv-08980 |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Michael Dell'Angelo, being duly sworn, hereby deposes and says as follows:

1. I am an executive shareholder with the law firm of Berger Montague PC.

2. I submit this affidavit in support of my motion to appear *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: November 26, 2024

Michael Dell'Angelo
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3080
Fax: (215) 875-4604
mdellangelo@bm.net

Commonwealth of Pennsylvania:
                           : ss
County of Philadelphia      :

Subscribed and Sworn to before me this 26th day of November, 2024

Notary Public

Commonwealth of Pennsylvania - Notary Seal
RITAMARIE DALEY, Notary Public
Philadelphia County
My Commission Expires November 4, 2025
Commission Number 1275625