UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>          Defendants. | NO.: 7-24-CV-08980 |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Michael Dell'Angelo to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and that his contact information is as follows:

```
Name:        Michael Dell'Angelo
Firm Name:   Berger Montague PC
Address:     1818 Market Suite, Suite 3600 Philadelphia, PA 19103
Telephone:   (215) 875-3080
Fax:         (215) 875-4604
Email:       mdellangelo@bm.net
```

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Chun-Ko Chang in the above-captioned action:

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATE: _____          _____
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK