UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>        Defendants. | NO.: 7-24-CV-08980 |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Michael Dell'Angelo to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and that his contact information is as follows:

    Name:       Michael Dell'Angelo
    Firm Name:  Berger Montague PC
    Address:    1818 Market Suite, Suite 3600 Philadelphia, PA 19103
    Telephone:  (215) 875-3080
    Fax:        (215) 875-4604
    Email:      mdellangelo@bm.net

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Chun-Ko Chang in the above-captioned action:

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 6.

DATE: November 27, 2024
White Plains, New York

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
Hon. Philip M. Halpern

Case 7:24-cv-08980-PMH  Document 73  Filed 11/27/24  Page 2 of 2