UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHUN-KO CHANG, individually and on behalf of all others similarly situated,

                Plaintiff,

           - against –

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

                Defendants.
-------------------------------------------------------------------X

Case No. 7:24-cv-08980-PMH

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as an attorney on behalf of Defendant INTERNATIONAL BANK OF CHICAGO, and demands that copies of all pleadings, papers, notices and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
        December 23, 2024

                                          **WARSHAW BURSTEIN, LLP**

                                          By: /s/ Felicia S. Ennis
                                                Felicia S. Ennis
                                          575 Lexington Avenue, 7th Floor
                                          New York, New York 10022
                                          T:  (212) 984-7700
                                          F:  (347) 983-7255