UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CHUN-KO CHANG, individually and on behalf of all others similarly situated,

                Plaintiff,

- against –

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

                Defendants.

-------------------------------------------------------------------X

Case No. 7:24-cv-08980-PMH

Hon. Philip M. Halpern

**DEFENDANT INTERNATIONAL BANK OF CHICAGO'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant International Bank of Chicago by and through its undersigned counsel, hereby states as follows:

International Bank of Chicago is a bank chartered and organized under the laws of the State of Illinois and is a direct, wholly owned subsidiary of IBC Bancorp Inc., an Illinois corporation. International Bank of Chicago is not a publicly held corporation nor does any publicly held corporation own 10 percent or more of International Bank of Chicago's stock.

Dated: December 23, 2024
      New York, New York

                              Respectfully submitted,

                              By:  /s/ Felicia S. Ennis
                                    Felicia S. Ennis
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 984-7700
Fax.: (212) 972-9150
fennis@wbny.com
*Attorneys for Defendant International Bank of Chicago*