UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CHUN-KO CHANG, individually and on behalf of all others similarly situated,

                Plaintiff,

          - against –

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

                Defendants.

---------------------------------------------------------------------X

Case No. 7:24-cv-08980-PMH

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as an attorney on behalf of Defendant INTERNATIONAL BANK OF CHICAGO, and demands that copies of all pleadings, papers, notices and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
       December 23, 2024

                                          **WARSHAW BURSTEIN, LLP**

                                          By: /s/ Meghan Hallinan
                                               Meghan Hallinan
                                         575 Lexington Avenue, 7th Floor
                                         New York, New York 10022
                                         T: (212) 984-7700
                                         F: (347) 983-7255