## In the United States District Court For the Southern District of New York

CHUN-KO CHANG, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARY SITUATED,

        Plaintiff,

vs.

SHEN YUN PERFORMING ARTS, INC., ETAL.,

        DefendantRole.

Case No.: 7:24-cv-08980

AFFIDAVIT OF SERVICE

I, Fatima Manzoor, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc., a licensed private detective agency, license number 117-001101, appointed by the court to serve process in the above-referenced cause.

On December 10, 2024 at 12:04 PM, I served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED AND CIVIL COVER SHEET on INTERNATIONAL BANK OF CHICAGO in the following manner:

**Corporate Service:** By leaving a copy of the SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED AND CIVIL COVER SHEET with Cindy Nguyen, Branch Manager at 5069 NORTH BROADWAY on behalf of INTERNATIONAL BANK OF CHICAGO.

Service was effected at 5069 NORTH BROADWAY, Chicago, IL 60640.

Description of person process was left with:

Sex: Female - Skin: Asian - Hair: Black/Brown - Approx. Age: 40-45 - Height: 5ft5in - Weight: 135

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

I affirm this 10 day of Dec, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
Fatima Manzoor
License(s): Agency:117-001101

United Processing, Inc.
770 N. LaSalle Dr. Suite 615
Chicago, IL 60654
(312) 629-0140
File # 23007915



*814949*