**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

## AFFIDAVIT OF SERVICE

 

P23007931

Index no : **7:24-CV-08980**

| | |
|---|---|
| Plaintiff(s): | CHUN-KO CHANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED |
| | vs. |
| Defendant(s): | SHEN YUN PERFORMING ARTS, INC., ETAL |

STATE OF NEW YORK
COUNTY OF ULSTER    ss.:

**Robert Trainor**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years, I reside in the State of New York.

On **12/12/2024** at **10:37 AM**, I served the within **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED AND CIVIL COVER SHEET** with the index# **7:24-CV-08980** endorsed thereon on **SHUJIA GONG A/K/A TIANLIANG ZHANG** at **99 GALLEY HILL RD, CUDDEBACKVILLE, NY 12729** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **JOHN DOE, SECURITY GUARD** of **SHUJIA GONG A/K/A TIANLIANG ZHANG**, a person of suitable age and discretion. Said premises is **SHUJIA GONG A/K/A TIANLIANG ZHANG**'s usual place of business within the state.

On **12/20/2024**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's usual place of business, at **99 GALLEY HILL RD, CUDDEBACKVILLE, NY 12729** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**Comments: JOHN DOE REFUSED TO TAKE PAPERS. PROPERTY IS GATED WITH A GUARD HOUSE OUT FRONT. THERE WERE GERMAN SHEPARD GUARD DOGS ALSO AT GATE. THERE WAS A SIGN THAT STATED THEY WOULD NOT BE RESPONSIBLE FOR INJURIES THAT DOGS CAUSED. THEY WOULD NOT ALLOW ME ACCESS TO ENTER PROPERTY. GUARD CONTACTED ADDITIONAL SECURITY WHO SHOWED UP TO THE GATE AND HE ADVISED ME AGAIN THAT I WAS NOT ALLOWED TO ENTER AND HE WOULD NOT TAKE THE PAPERS. THE GUARD WAS WEARING BODY CAM AND I ADVISED HIM THAT I WAS LEAVING PAPERS, HE KEPT REPEATING THAT HE COULD NOT ACCEPT THE PAPERS. I ADVISED HIM I WAS LEAVING THE PAPERS ON THE GROUND OUTSIDE THE GATE AND DID SO.**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Asian | Black | 25-35 | 5ft 7in - 5ft 9in | 161-200 lbs |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant(s)** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on 12/20/2024

X _____
Robert Trainor
LEXITAS
1235 Broadway 2nd Floor
New York, NY 10001

Lauren Ruger
Notary Public, State Of New York
No. 01RU0006724
County Of Ulster
Commission Exp 4/28/2027

LAUREN RUGER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RU0006724
Qualified in Ulster County
Commission Expires April 28, 2027

23007931