

P23007899

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index no : 7:24-CV-08980

| Plaintiff(s): | CHUN-KO CHANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED |
|---|---|
| | vs. |
| Defendant(s): | SHEN YUN PERFORMING ARTS, INC., ETAL |

STATE OF NEW YORK
COUNTY OF ULSTER        ss.:

**Robert Trainor**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years, I reside in the State of New York.

On **12/12/2024** at **10:37 AM**, I served the within **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED AND CIVIL COVER SHEET** with the index#**7:24-CV-08980** endorsed thereon on **FEI TIAN ACADEMY OF THE ARTS** at **140 GALLEY HILL RD, CUDDEBACKVILLE, NY 12729** in the manner indicated below:

**ENTITY/CORPORATION/LLC/LLP SERVICE:** By delivering a true copy of said documents to **JOHN DOE, SECURITY GUARD** of the above named corporation/government agency/entity. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **FEI TIAN ACADEMY OF THE ARTS**, and the recipient responded in the affirmative.

On **12/20/2024**, service was completed by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **JOHN DOE REFUSED TO TAKE PAPERS. PROPERTY IS GATED WITH A GUARD HOUSE OUT FRONT. THERE WERE GERMAN SHEPARD GUARD DOGS ALSO AT GATE. THERE WAS A SIGN THAT STATED THEY WOULD NOT BE RESPONSIBLE FOR INJURIES THAT DOGS CAUSED. THEY WOULD NOT ALLOW ME ACCESS TO ENTER PROPERTY. GUARD CONTACTED ADDITIONAL SECURITY WHO SHOWED UP TO THE GATE AND HE ADVISED ME AGAIN THAT I WAS NOT ALLOWED TO ENTER AND HE WOULD NOT TAKE THE PAPERS. THE GUARD WAS WEARING BODY CAM AND I ADVISED HIM THAT I WAS LEAVING PAPERS, HE KEPT REPEATING THAT HE COULD NOT ACCEPT THE PAPERS. I ADVISED HIM I WAS LEAVING THE PAPERS ON THE GROUND OUTSIDE THE GATE AND DID SO.**

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Asian | Black | 25-35 | 5ft 7in - 5ft 9in | 161-200 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 12/20/2024

X _____
Robert Trainor
LEXITAS
1235 Broadway 2nd Floor
New York, NY 10001

Lauren Ruger
Notary Public, State Of New York
No. 01RU0006724
County Of Ulster
Commission Exp 4/28/2027

LAUREN RUGER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RU0006724
Qualified in Ulster County
Commission Expires April 28, 2027

Job#: 23007899