UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHUN-KO CHANG, individually and on behalf of all others similarly situated,

                           Plaintiff,

      -against-

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

                           Defendants.
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No.: 7:24-cv-08980-PMH

**PLEASE TAKE NOTICE** that Joshua J. Grauer of Cuddy & Feder LLP hereby appears as an attorney for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, and Dragon Springs Buddhist Inc. ("Shen Yun Defendants") in the above-captioned action.

Dated: White Plains, New York
       January 2, 2025

Respectfully submitted,

**CUDDY & FEDER LLP**
*Attorneys for Defendants Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, and Dragon Springs Buddhist Inc.*
445 Hamilton Avenue - 14th Floor
White Plains, New York 10601
Tel. (914) 761-1300

By:   */s/ Joshua J. Grauer*
        Joshua J. Grauer (JG4594)

6293364.v1