UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    -against-<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>                Defendants. | Civil Action No.: 7:24-CV-8980 (PMH)<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendant SHUJIA GONG a/k/a TIANLIANG ZHANG in the above-captioned action. Contact information for the undersigned counsel for Defendant is as follows:

Justin R. Marino
Stevenson Marino LLP
2000 Deer Park Avenue
Deer Park, NY 11729
212.939.7228
jmarino@stevensonmarino.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Date:  January 2, 2024
         Deer Park, New York

/s/ Justin R. Marino
Justin R. Marino, Esq.
STEVENSON MARINO LLP
2000 Deer Park Avenue
Deer Park, NY 11729
212.939.7228 (o)

Attorneys for Defendant
  SHUJIA GONG a/k/a TIANLIANG ZHANG