THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG A/K/A TIANLIANG ZHANG, HONGZHI LI, AND RUI LI,<br><br>Defendants | No.: 7:24-cv-08980 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE Kristina Reliford of the firm of Bradley Arant Boult Cummings LLP hereby enters her appearance as counsel of record for Defendants Hongzhi Li and Rui Li and requests that all future pleadings, correspondence, and other documents in the above-styled matter be served upon her.

Respectfully submitted on this the 8th day of January, 2025.

By: */s/ Kristina Reliford*
Kristina Reliford
BRADLEY ARANT BOULT CUMMINGS LLP
One 22 One
1221 Broadway
Nashville, TN 37203
Phone: 615.252.6380
kreliford@bradley.com

*Counsel for Defendants Hongzhi Li and Rui Li*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2025, I filed a copy of the foregoing using the ECF/PACER System, which will provide notice to all counsel of record.

                                              */s/ Kristina Reliford*
                                              OF COUNSEL