UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>    Defendants. | Case No.: 7:24-cv-08980 |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Mariyam Hussain, counsel for Plaintiffs, has a new office address. Any telephone calls, emails, pleadings, correspondence and any other documents or information relating to this case that are directed to Mariyam Hussain should now be sent to:

> Mariyam Hussain
> Berger Montague PC
> 110 N. Wacker Drive, Suite 2500
> Chicago, IL 60606
> Telephone: 773-666-4316
> mhussain@bm.net

PLEASE TAKE FURTHER NOTICE that e-mail address and telephone number have remained the same.

Dated: January 28, 2025    Respectfully submitted,

               _/s/ Mariyam Hussain_
               Mariyam Hussain
               BERGER MONTAGUE PC
               110 N. Wacker Drive, Suite 2500
               Chicago, IL 60606
               Telephone: 773-666-4316
               mhussain@bm.net

Michael Dell'Angelo*
Michaela Wallin**
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215-875-3000
mdellangelo@bm.net
mwallin@bm.net

Times Wang**
Adam Farra**
FARRA & WANG PLLC
1300 I Street, N.W. Suite 400E
Washington, D.C. 20005
Tel.: 202-505-6227
twang@farrawang.com
afarra@farrawang.com

*Attorneys for Plaintiff and the Proposed Class*

\*   Admitted Pro hac vice
\*\* Pro hac vice forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Mariyam Hussain*
Mariyam Hussain
