UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　against<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>　　　　Defendants. | Civil Action No. 7:24-cv-08980-PMH<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Terri E. Marsh hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Shujia Bong, Hongzhi Li, and Rui Li in the above-captioned action.

　　　I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 4, 2025　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　Applicant Signature: /s Terri E. Marsh

　　　　　　　　　　　　　　　　　Applicant's Name: Terri E. Marsh

Firm Name: <u>Human Rights Law Foundation</u>

Address: <u>1701 Rhode Island Avenue NW, Suite 4-117</u>

City/State/Zip: <u>Washington, DC 20036</u>

Telephone/Fax: <u>(202) 774-0893</u>

Email: <u>terri.marsh.hrlf@gmail.com</u>