UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHUN-KO CHANG, individually and on behalf of all others similarly situated,

    Plaintiff,

against

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

    Defendants.

Civil Action No. 7:24-cv-08980-PMH

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Terri E. Marsh, being duly sworn, hereby depose and say as follows:

1. I am the Executive Director with the Human Rights Law Foundation.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable:

   DC Bar # 447125.

8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 7:24-cv-08980-PMH for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Shujia Gong, Hongzhi Li, and Rui Li.

Dated:

Feb. 3, 2025

_Terri C. Marsh_

Signature of Movant

Movant's Name: Terri E. Marsh

Firm Name: Human Rights Law Foundation

Address: 1701 Rhode Island Avenue NW, Suite 4-117

City/State/Zip: Washington, DC 20036

Telephone/Fax: (202) 774-0893

Email: terri.marsh.hrlf@gmail.com

**NOTARIZED**



My Commission Expires
February 14, 2025