UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    against<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>    Defendants. | Civil Action No. 7:24-cv-08980-PMH<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Terri E. Marsh to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia and that her contact information is as follows:

> Name:         Terri E. Marsh
> Firm Name:    Human Rights Law Foundation
> Address:      1701 Rhode Island Avenue NW, Suite 4-117
> Telephone:    (202) 697-3859
> Email:        terri.marsh.hrlf@gmail.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Shijua Gong, Hongzhi Li, and Rui Li in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATE: _____                              _____
                                                          Hon. Philip M. Halpern
                                                          United States District Judge
                                                          Southern District of New York