UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG,<br><br>*Plaintiff,*<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC.; FEI TIAN COLLEGE; FEI TIAN ACADEMY OF THE ARTS; DRAGON SPRINGS BUDDHIST INC.; INTERNATIONAL BANK OF CHICAGO; SHUJIA GONG a/k/a TIANLIANG ZHANG; HONGZHI LI; and RUI LI,<br><br>*Defendants.* | Cause No. 7:24-cv-08980-PMH<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Lea E. Patterson for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Texas and that her contact information is as follows:

Applicant's Name: Lea E. Patterson

Firm Name: Butterfield & Patterson, PLLC

Address: P.O. Box 941681

City / State / Zip: Plano, Texas 75094

Telephone / Fax: (945) 284–0702 / (945) 523–0171

1

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Shen Yun Performing Arts, Inc.; Fei Tian College; Fei Tian Academy of the Arts; Dragon Springs Buddhist Inc.; Shujia Gong a/k/a Tianliang Zhang; Hongzhi Li; and Rui Li in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____
                                                    United States District / Magistrate Judge