UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG,<br><br>*Plaintiff,*<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC.; FEI TIAN COLLEGE; FEI TIAN ACADEMY OF THE ARTS; DRAGON SPRINGS BUDDHIST INC.; INTERNATIONAL BANK OF CHICAGO; SHUJIA GONG a/k/a TIANLIANG ZHANG; HONGZHI LI; and RUI LI,<br><br>*Defendants.* | Cause No. 7:24-cv-08980-PMH<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Justin E. Butterfield hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Shen Yun Performing Arts, Inc.; Fei Tian College; Fei Tian Academy of the Arts; Dragon Springs Buddhist Inc.; Shujia Gong a/k/a Tianliang Zhang; Hongzhi Li; and Rui Li in the above-captioned action.

I am in good standing of the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied

1

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 5, 2025                                  Respectfully Submitted,

                                                            /s/ Justin E. Butterfield
                                                            Justin E. Butterfield
                                                            BUTTERFIELD & PATTERSON, PLLC
                                                            P.O. Box 941681
                                                            Plano, Texas 75094
                                                            Tel.: (945) 284–0701
                                                            Fax: (945) 523–0171
                                                            justin@butterfieldpatterson.com