# AFFIDAVIT OF JUSTIN E. BUTTERFIELD

STATE OF TEXAS

COUNTY OF COLLIN

Before me, the undersigned authority, on this day personally appeared Justin E. Butterfield who, after being by me duly sworn, stated as follows:

1. My name is Justin E. Butterfield.

2. I am of sound mind, 18 years of age or older, and competent to give this affidavit.

3. I have personal knowledge of the facts in this statement.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings against me.

The above is based on my personal knowledge, and it is true and correct.

_Justin E. Butterfield_
JUSTIN E. BUTTERFIELD

Sworn to and subscribed before me, the undersigned authority, on this the 4th day of February, 2025, by Justin E. Butterfield.

_Lea E. Patterson_
LEA E. PATTERSON
Notary Public in and for the State of Texas

LEA PATTERSON
Notary ID #135029341
My Commission Expires
August 7, 2028