# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

CHUN-KO CHANG,

    Plaintiff,

against

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

    Defendants.

Civil Action No. 7:24-cv-08980-PMH

**MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Steven M. Schneebaum hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants (except the International Bank of Chicago) in the above-captioned action.

I am a member in good standing of the Bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

The affidavit prescribed pursuant to Local Rule 1.3 is attached hereto.

Dated: 2/4/25

Respectfully submitted,

*[signature]*

Applicant's Signature

Applicant's Name: Steven M. Schneebaum

Firm Name: Steven M. Schneebaum, P.C.

Address: 1750 K Street, N.W.; Suite #1210

City/State/Zip: Washington, D.C.

Telephone: 202-742-5900

Email: sms@smslawdc.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>    Defendants. | Civil Action No. 7:24-cv-08980-PMH<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Steven M. Schneebaum, being duly sworn, depose and say:

1. I am an attorney, and the principal of the law firm of Steven M. Schneebaum, P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My District of Columbia Bar Number is 956250. I was admitted on May 31, 1978.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 7:24-cv-08980-PMH for all Defendants except the International Bank of Chicago.

Dated: February 4, 2025

_____
Signature of Movant

Movant's Name: Steven M. Schneebaum

Firm Name: Steven M. Schneebaum, P.C.

Address: 1750 K Street, N.W.; Suite #1210

City/State/Zip: Washington, D.C, 20006

Telephone: 202-742-5900

Email:sms@smslawdc.com

Subscribed and sworn to before me, a notary public in the District of Columbia, on this 5 day of February, 2025.

Lonell M. Edwards
Notary Public, District of Columbia
My Commission Expires 10/31/2026



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Steven M Schneebaum

was duly qualified and admitted on May 31, 1978 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 04, 2025.*

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG,<br><br>  Plaintiff,<br><br>  v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>  Defendants. | Civil Action No. 7:24-cv-08980-PMH<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

  The motion of Steven M. Schneebaum, Esq., to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

  Applicant has declared that he is a member in good standing of the bar of the District of Columbia Court of Appeals, and that his contact information is as follows:

    Name:  Steven M. Schneebaum
    Firm Name:  Steven M. Schneebaum. P.C.
    Address:  1750 K Street, N.W.; Suite #1210
    Telephone:  (202) 742-5900
    Email:  sms@smslawdc.com

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for all Defendants except the International Bank of Chicago in the above-captioned action:

  **IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATE: _____

                    _____
                    Hon. Philip M. Halpern
                    United States District Judge



# Tendon Gliding Exercises

Perform 2 sets of 10 repetitions, 3-5 times per day

**1.** Start with your fingers straight.

**2.** Make a tabletop by keeping your fingers straight, then bending at the knuckles.

**3.** Make a straight fist.

**4.** Make a hook fist.

**5.** Make a full fist.

Emily Jeter, OTR/L, MSPT, CHT, CPAM
Occupational Therapy/Physical Injury Rehab – Performing Arts Rehab
Hand & Upper Extremity Rehabilitation
1025 Connecticut Ave NW, Suite 417, Washington, DC 20036
202-528-7223    fax: 202-293-2262
jeter@rehabtherapy.com