UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG,<br><br>      *Plaintiff,*<br><br>   v.<br><br>SHEN YUN PERFORMING ARTS, INC.; FEI TIAN COLLEGE; FEI TIAN ACADEMY OF THE ARTS; DRAGON SPRINGS BUDDHIST INC.; INTERNATIONAL BANK OF CHICAGO; SHUJIA GONG a/k/a TIANLIANG ZHANG; HONGZHI LI; and RUI LI,<br><br>      *Defendants.* | Cause No. 7:24-cv-08980-PMH<br><br>**NOTICE OF APPEARANCE** |

To: Clerk of Court
   United States District Court
   Southern District of New York

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Shen Yun Performing Arts, Inc.; Fei Tian College; Fei Tian Academy of the Arts; Dragon Springs Buddhist Inc.; Shujia Gong a/k/a Tianliang Zhang; Hongzhi Li; and Rui Li.


[Signature on Following Page]


1

2

Dated: February 5, 2025                                  Respectfully Submitted,


                                                         /s/ Lea E. Patterson
                                                         Lea E. Patterson*
                                                         BUTTERFIELD & PATTERSON, PLLC
                                                         P.O. Box 941681
                                                         Plano, Texas 75094
                                                         Tel.: (945) 284–0702
                                                         Fax: (945) 523–0171
                                                         lea@butterfieldpatterson.com

                                                         * admitted pro hac vice

2