**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHUN-KO CHANG, individually and on behalf of all others similarly situated,

     Plaintiff,

     against

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

     Defendants.

Civil Action No. 7:24-cv-08980-PMH

**APPEARANCE OF COUNSEL**

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., Shujia Bong, Hongzhi Li, and Rui Li.

Dated: February 6, 2025

Respectfully Submitted,

/s/ Terri E. Marsh
Terri E. Marsh*, DC Bar No. 447125
Human Rights Law Foundation
1701 Rhode Island Avenue NW, Suite 4-117
Washington, DC 20036
(202) 774-0893
terri.marsh.hrlf@gmail.com

*admitted *pro hac vice*