# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

CHUN-KO CHANG,

    Plaintiff,

v.

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

    Defendants.

Civil Action No. 7:24-cv-08980-PMH

[~~PROPOSED~~] **ORDER FOR ADMISSION *PRO HAC VICE***

    The motion of Steven M. Schneebaum, Esq., to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

    Applicant has declared that he is a member in good standing of the bar of the District of Columbia Court of Appeals, and that his contact information is as follows:

        Name:  Steven M. Schneebaum
        Firm Name:  Steven M. Schneebaum. P.C.
        Address:  1750 K Street, N.W.; Suite #1210
        Telephone:  (202) 742-5900
        Email:  sms@smslawdc.com

    Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for all Defendants except the International Bank of Chicago in the above-captioned action:

    **IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 40.

DATE: 2/6/2025
White Plains, New York

Hon. Philip M. Halpern
United States District Judge