UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG,<br><br>*Plaintiff,*<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC.; FEI TIAN COLLEGE; FEI TIAN ACADEMY OF THE ARTS; DRAGON SPRINGS BUDDHIST INC.; INTERNATIONAL BANK OF CHICAGO; SHUJIA GONG a/k/a TIANLIANG ZHANG; HONGZHI LI; and RUI LI,<br><br>*Defendants.* | Cause No. 7:24-cv-08980-PMH<br><br>**NOTICE OF APPEARANCE** |

To:   Clerk of Court
   United States District Court
   Southern District of New York

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Shen Yun Performing Arts, Inc.; Fei Tian College; Fei Tian Academy of the Arts; Dragon Springs Buddhist Inc.; Shujia Gong a/k/a Tianliang Zhang; Hongzhi Li; and Rui Li.

[Signature on Following Page]

1

Dated: February 6, 2025                                Respectfully Submitted,


                                                              /s/ Justin E. Butterfield
                                                             Justin E. Butterfield[*]
                                                             BUTTERFIELD & PATTERSON, PLLC
                                                             P.O. Box 941681
                                                             Plano, Texas 75094
                                                             Tel.: (945) 284–0701
                                                             Fax: (945) 523–0171
                                                             justin@butterfieldpatterson.com

                                                             *admitted pro hac vice*

2