UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHUN-KO CHANG, individually and on behalf of all others similarly situated,

                    Plaintiff,

    -against-

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

                    Defendants.
------------------------------------------------------------------X

Case No.: 7:24-cv-08980-PMH

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL BY BRENDAN GOODHOUSE**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4, and upon the Declaration of Brendan Goodhouse, the undersigned attorney of record for Defendants Shen Yun Performing Arts, Inc., Fei Tian Coll[ege, ...] Inc. (collectively, the "Defendants") [...] at the United States Courthouse, S[outhern District of New York, White] Plains, New York, 10601, for an O[rder ...] counsel for Defendants.

Dated: White Plains, New York
       February 6, 2025

---

Application granted. The Clerk of Court is directed to terminate Brendan Goodhouse as an attorney in this matter.

The Clerk of the Court is respectfully directed to terminate the letter motion pending at Doc. 44.

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
      February 6, 2025

---

                    **CUDDY & FEDER LLP**
                    *Attorneys for Defendants*
                    445 Hamilton Avenue - 14th Floor
                    White Plains, New York 10601
                    Tel. (914) 761-1300

                    By: */s/ Brendan Goodhouse*
                         Brendan Goodhouse (BG1204)

6331609.v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
CHUN-KO CHANG, individually and on behalf of all others similarly situated,

                              Plaintiff,

        -against-

Case No.: 7:24-cv-08980-PMH

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

                              Defendants.
---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 6th day of February, 2025, the foregoing document has been filed electronically, is available for viewing and downloading from the ECF System, and is being served upon all counsel of record via ECF transmission in accordance with the Electronic Filing System of the Court.

I FURTHER CERTIFY that on February 6, 2025, a copy of the foregoing document has been served via first-class mail on Defendants Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of Arts, and Dragon Springs Buddhist Inc. to the following addresses:

Dragon Springs Buddhist Inc.
140 Galley Hill Road
Cuddebackville, NY 12729

Shen Yun Performing Arts, Inc.
140 Galley Hill Road
Cuddebackville, NY 12729

Fei Tian College
140 Galley Hill Road
Cuddebackville, NY 12729

Fei Tian Academy of Arts
140 Galley Hill Road
Cuddebackville, NY 12729

                                                            /s/ *Brendan Goodhouse*
                                                               Brendan Goodhouse

6331609.v1