UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>                    v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG A/K/A TIANLIANG ZHANG, HONGZHI LI, AND RUI LI,<br><br>                  Defendants | Civil Action No.: 7-24-CV-8980 (PMH)<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL BY KRISTINA RELIFORD** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Kristina Reliford of the law firm Bradley Arant Boult Cummings LLP will move this Court, at the Honorable Charles [...] Street, White Plains, New York, [...] this Court's Local Civil Rule 1.4, [...] Li and Rui Li (the "Lis") in this [...]

[...] accompanying Declaration, Ms. [...] the Lis at the Lis' request, as they [...] for responding to the Complaint is February 19, 2025, Ms. Reliford anticipates that substitute counsel will need and will promptly seek an extension of this deadline. This request is not being made to prejudice the rights of Plaintiff or any other party.

Wherefore, Ms. Reliford respectfully requests that her motion to withdraw be granted and her name be removed from the docket and the ECF distribution list.

---

**Stamped order (overlaid on page):**

Application granted. The Clerk of Court is directed to terminate Kristina Reliford as an attorney in this matter.

The Clerk of the Court is respectfully directed to terminate the letter motion pending at Doc. 53.

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        February 6, 2025

Dated: February 6, 2025

                                                  Respectfully submitted,

**BRADLEY ARANT BOULT CUMMINGS LLP**
ONE 22 ONE
1221 Broadway
Suite 2400
Nashville, TN 37203
Phone: (615) 244-2582
kreliford@bradley.com

By: */s/ Kristina Reliford*
       Kristina Reliford

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2025, I filed a copy of the foregoing using the ECF/PACER System, which will provide notice to all counsel of record, and also caused a copy of the foregoing to be served upon my clients Hongzhi Li and Rui Li.


                                                 */s/ Kristina Reliford*
                                                 OF COUNSEL