UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>    Defendants. | Civil Action No. 7:24-cv-08980-PMH<br><br>**NOTICE OF APPEARANCE** |

To:
The Clerk of the Court
 United States District Court for the Southern District of New York

**NOTICE OF APPEARANCE**

Having been admitted to practice before the Court in this case *pro hac vice* on February 5, 2025, I respectfully request that my appearance be entered as counsel for the following parties:

Shen Yun Performing Arts, Inc.; Fei Tian College; Fei Tian Academy of the Arts; Dragon Springs Buddhist Inc.; Shujia Gong a/k/a Tianliang Zhang; Hongzhi Li; and Rui Li.

        Respectfully submitted,

        /s/ *Steven M. Schneebaum*
        ―――――――――――――――――
        Steven M. Schneebaum
        Steven M. Schneebaum, P.C.
        1750 K Street, N.W., Suite 1210
        Washington, D.C. 20006
        Phone: (202) 742-5900
        Email: sms@smslawdc.com

Dated: February 11, 2025