UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>Defendants. | Case No. 24-8980<br><br>Judge Philip M. Halpern<br><br>Magistrate Judge Judith C. McCarthy |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Adam Farra, hereby move this Court for an Order for admission *pro hac vice* to appear as counsel in the above-captioned case on behalf of Plaintiff Chun-Ko Chang.

I am a member in good standing of the bars of the State of Maryland and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached an affidavit as **Exhibit A** pursuant to Local Rule 1.3. Certificates of good standing from Maryland and the District of Columbia are attached as **Exhibit B**. A proposed Order is attached as **Exhibit C**.

1

Dated: February 17, 2025	Respectfully submitted,

*/ s / Adam Farra*
FARRA & WANG PLLC
1300 I Street, N.W. / Suite 400E
Washington, D.C. 20005
Tel. (202) 505-5990
afarra@farrawang.com

*Attorney for Plaintiff Chun-Ko Chang*

2