UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHUN-KO CHANG, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,

    Defendants.

Case No. 24-8980

Judge Philip M. Halpern

Magistrate Judge Judith C. McCarthy

## AFFIDAVIT

Adam Farra, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Farra & Wang PLLC.

2. I submit this affidavit in support of my motion to appear *pro hac vice* in the above-captioned matter.

3. As shown in the attached certificates of good standing, I am a member in good standing of the bars of Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: February 17, 2025

                                              /s / Adam Farra
                                              Adam H. Farra
                                              FARRA & WANG PLLC
                                              1300 I Street, N.W. Suite 400E
                                              Washington, D.C. 20005
                                              202-505-5990
                                              afarra@farrawang.com

