UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>  Defendants. | Case No. 24-8980<br><br>Judge Philip M. Halpern<br><br>Magistrate Judge Judith C. McCarthy |

**(PROPOSED) ORDER**

The motion of Adam Farra to appear pro hac vice in the above-captioned action is hereby GRANTED.

The applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia, and that his contact information is as follows:

    Name:       Adam Farra
    Firm Name:  Farra & Wang PLLC
    Address:    1300 I Street, N.W. / Suite 400E
    Telephone:  (202) 505-5990
    Email:      afarra@farrawang.com

The applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiff Chun-Ko Chang in the above-captioned action:

1

2

**IT IS HEREBY ORDERED** that the applicant is admitted to practice *pro hac vice* in the above-captioned case. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

Date:  _____   _____
Philip M. Halpern
United States District Judge
Southern District of New York