UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>      Defendants. | Case No. 24-8980<br><br>Judge Philip M. Halpern<br><br>Magistrate Judge Judith C. McCarthy |

**(PROPOSED) ORDER**

The motion of Adam Farra to appear pro hac vice in the above-captioned action is hereby GRANTED.

The applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia, and that his contact information is as follows:

  Name:   Adam Farra
  Firm Name: Farra & Wang PLLC
  Address:  1300 I Street, N.W. / Suite 400E
  Telephone: (202) 505-5990
  Email:   afarra@farrawang.com

The applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiff Chun-Ko Chang in the above-captioned action:

1

2

**IT IS HEREBY ORDERED** that the applicant is admitted to practice *pro hac vice* in the above-captioned case. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 59.

Date: February 18, 2025
White Plains, New York

Philip M. Halpern
United States District Judge
Southern District of New York