## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>               Defendants. | NO.:  7-24-CV-08980 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Michaela L. Wallin, hereby move this Court for an Order for admission *pro hac vice* to appear as counsel in the above-captioned case on behalf of Plaintiff Chun-Ko Chang.

I am a member in good standing of the bar of the State of New York.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached an affidavit as Exhibit A pursuant to Local Rule 1.3.  A Certificate of Good Standing from the State of New York is attached as Exhibit B. A proposed Order is attached as Exhibit C.

Dated: February 26, 2025

Respectfully submitted,

*/s/ Michaela L. Wallin*
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-5819
Fax: (215) 875-4604
Email: mwallin@bm.net

*Attorney for Plaintiff Chun-Ko Chang*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 26, 2025, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Michaela L. Wallin*
Michaela L. Wallin
