UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>Defendants. | NO.: 7-24-CV-08980 |

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Michaela L. Wallin, being duly sworn, hereby deposes and says as follows:

1. I am a shareholder with the law firm of Berger Montague PC.

2. I submit this affidavit in support of my motion to appear *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the State of New York.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: February 26, 2025

*Michaela Wallin*
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-5819
Fax: (215) 875-4604
mwallin@bm.net

Commonwealth of Pennsylvania   :
                               : ss
County of Philadelphia         :

Subscribed to and Sworn before me this 26th day of February, 2025.

*Ritamarie Daley*
Notary Public

Commonwealth of Pennsylvania - Notary Seal
RITAMARIE DALEY, Notary Public
Philadelphia County
My Commission Expires November 4, 2025
Commission Number 1275625