UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>　　　　　　Defendants. | NO.:   7-24-CV-08980 |

### [~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Michaela L. Wallin to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

Applicant has declared that she is a member in good standing of the bar of the State of New York, and that her contact information is as follows:

| | |
|---|---|
| Name: | Michaela L. Wallin |
| Firm Name: | Berger Montague PC |
| Address: | 1818 Market Street, Suite 3600 |
| | Philadelphia, PA 19103 |
| Telephone: | (215) 875-5819 |
| Fax: | (215) 875-4604 |
| Email: | mwallin@bm.net |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Chun-Ko Chang in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 63.

DATE: 2/28/2025
White Plains, New York

Philip M. Halpern
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK