UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, YI RAN WANG, GUANEE XIE, and JOHN DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI a/k/a SANDY REBECCA LEE,<br><br>Defendants. | Case No. 24-8980 (PMH) (JCM) |

**NOTICE OF MOTION REQUESTING LEAVE FOR PLAINTIFF JOHN DOE TO PROCEED PSEUDONYMOUSLY AND TO FILE CERTAIN PAPERS UNDER SEAL AND *EX PARTE***

PLEASE TAKE NOTICE THAT upon the concurrently filed memorandum of law and supporting papers, John Doe will move this Court at the United State Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601-4150, before Judge Philip M. Halpern, at a time to be decided, for an order granting John Doe to leave to proceed pseudonymously, and to file certain of the supporting papers under seal and *ex parte*.

Dated: May 8, 2025                                 Respectfully submitted,

/ s / Mariyam Hussain
Mariyam Hussain (NY Bar No. 5492475)
**BERGER MONTAGUE PC**
1820 West Division Street
Chicago, IL 60622
Tel.: (773) 666-4316

1

mhussain@bm.net

Michael Dell'Angelo
Michaela Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215-875-3000
mdellangelo@bm.net
mwallin@bm.net

/ s / Adam Farra
Times Wang*
Adam Farra
**FARRA & WANG PLLC**
1300 I Street, N.W. Suite 400E
Washington, D.C. 20005
Tel.: 202-505-6227
twang@farrawang.com
afarra@farrawang.com

*Attorneys for Plaintiff and the Proposed Class*

* *Pro hac vice forthcoming*