UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, YI RAN WANG, GUANEE XIE, and JOHN DOE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI a/k/a SANDY REBECCA LEE,<br><br>　　　　　　　　Defendants. | Case No. 24-8980 (PMH) (JCM) |

**[PROPOSED] ORDER GRANTING MOTION REQUESTING LEAVE FOR PLAINTIFF JOHN DOE TO PROCEED PSEUDONYMOUSLY AND TO FILE CERTAIN PAPERS UNDER SEAL AND *EX PARTE***

Upon consideration of John Doe's motion to for leave to proceed pseudonymously, and to file certain papers under seal and *ex parte*, it is hereby ORDERED that:

1. The motion is granted.

2. The true identify of the plaintiff referred to as John Doe, which is known to the Court, is not to be disclosed to the public or to the defendants without further order of the Court.

3. The parties will refer to the plaintiff referred to as John Doe by that pseudonym throughout this action.

4. The papers filed in support of John Doe's motion are to remain under seal.

SO ORDERED.

Dated:

                                                                           Hon. Philip M. Halpern
                                                     United States District Judge