AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CHUN-KO CHANG, YI RAN WANG, GUANEE XIE, and JOHN DOE, individually and on behalf of all others similarly situated ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-8980-PMH-JCM |
| SHEN YUN PERFORMING ARTS, INC., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHUN-KO CHANG, YI RAN WANG, GUANEE XIE, and JOHN DOE                              .

Date: 05/22/2025

/s/ Thomas Scott-Railton
*Attorney's signature*

Thomas Scott-Railton (#5687330)*
*Printed name and bar number*
GUPTA WESSLER LLP
2001 K STREET NW
SUITE 850 NORTH
WASHINGTON, DC 20006

*Address*

thomas@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

*FAX number*

*Admitted in New York; practicing under direct supervision of members of the District of Columbia Bar under Rule 49(c)(8).