UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI,<br><br>　　　　　　Defendants. | Case No. 24-8980<br><br>Judge Philip M. Halpern |

## AFFIDAVIT

Times Wang, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Farra & Wang PLLC.

2. I submit this affidavit in support of my motion to appear *pro hac vice* in the above-captioned matter.

3. As shown in the attached certificates of good standing, I am a member in good standing of the bars of California, Colorado, and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

Exhibit A

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: June 9, 2025

_____
Times Wang

## NOTARIZATION

State of Colorado
County of Denver

Signed and affirmed before me on June 9, 2025 by Times Wang.

_Charlotte Bocquin Scull_
Signature

_Notary Public_
Title of office

_11-01-2026_
Commission expiration

CHARLOTTE BOCQUIN SCULL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054039342
MY COMMISSION EXPIRES NOVEMBER 1, 2026

Exhibit A