UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, YI RAN WANG, GUANEE XIE, and JOHN DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI a/k/a SANDY REBECCA LEE,<br><br>Defendants. | Case No. 24-8980<br><br>Judge Philip M. Halpern |

**(PROPOSED) ORDER**

The motion of Times Wang to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

The applicant has declared that he is a member in good standing of the bars of the State of California, the State of Colorado, and the District of Columbia, and that his contact information is as follows:

    Name: Times Wang
    Firm Name: Farra & Wang PLLC
    Address: 1543 Champa St., Ste. 400, Denver, CO 80202
    Telephone: (202) 505-6227
    Email: twang@farrawang.com

Exhibit C

The applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs Chun-Ko Chang, Yi Ran Wang, Guanee Xie, and John Doe in the above-captioned action:

**IT IS HEREBY ORDERED** that the applicant is admitted to practice *pro hac vice* in the above-captioned case. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

Date: _____
Philip M. Halpern
United States District Judge
Southern District of New York

Exhibit C