UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, YI RAN WANG, GUANEE XIE, and JOHN DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI a/k/a SANDY REBECCA LEE,<br><br>Defendants. | Case No. 24-8980<br><br>Judge Philip M. Halpern |

*PMH*

**~~(PROPOSED)~~ ORDER**

The motion of Times Wang to appear *pro hac vice* in the above-captioned action is hereby GRANTED.

The applicant has declared that he is a member in good standing of the bars of the State of California, the State of Colorado, and the District of Columbia, and that his contact information is as follows:

> Name: Times Wang
> Firm Name: Farra & Wang PLLC
> Address: 1543 Champa St., Ste. 400, Denver, CO 80202
> Telephone: (202) 505-6227
> Email: twang@farrawang.com

1

**Exhibit C**

The applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs Chun-Ko Chang, Yi Ran Wang, Guanee Xie, and John Doe in the above-captioned action:

**IT IS HEREBY ORDERED** that the applicant is admitted to practice *pro hac vice* in the above-captioned case. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

Accordingly, the Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 87.

*PMH*

Date: June 11, 2025
White Plains, New York

_____
Philip M. Halpern
United States District Judge
Southern District of New York

2

**Exhibit C**