Application granted as follows. In light of Plaintiff's representation to the Court of his withdrawal of the pseudonym motion (Doc. 70), the Court denies as moot that motion (Doc. 70) and Defendant International Bank of Chicago's motion to compel (Doc. 76). The Court also grants Plaintiff's application to strike Doc. 71 from the docket.

Plaintiff's application for leave to amend the Second Amended Complaint is granted. Plaintiff shall, by June 30, 2025, file an amended complaint, limited specifically to the modifications documented in Doc. 89. The briefing schedule as set during the conference on June 12, 2025 (*see* 6/12/25 Minute Entry) shall be directed to the amended complaint to be filed on June 30, 2025.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 70 and strike document number 71 from the docket but retain the summary docket text for the record.

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       June 27, 2025

Re:   *Chun-Ko Chang v. Shen Yun Performing Arts, Inc., et al.*, No. 24-cv-8980-PMH (S.D.N.Y.)

Dear Judge Halpern:

  Thank you for giving the plaintiff currently named as John Doe an opportunity to withdraw his motion to proceed under a pseudonym to prevent the materials he submitted *ex parte* from being disclosed to Defendants. Plaintiff has decided to proceed using his real name, Hoffman Zhu (it is also sometimes spelled "Hoffmann"). Plaintiff hereby withdraws the motion to proceed under a pseudonym, as well as the related motions to seal and to submit materials *ex parte*. ECF No. 70. Given that Mr. Zhu has withdrawn his requests, Mr. Zhu requests that Defendant International Bank of Chicago's motion to compel (ECF No. 76) production of the unredacted versions of ECF Nos. 70, 71, 72, and 73 be denied as moot.

  Additionally, Mr. Zhu requests that the Court strike from the docket ECF No. 71, which consists of Mr. Zhu's *ex parte* submission, as well as the unredacted version of the brief reflecting the information contained in that submission. *E.g.*, *Outlaw v. City of New York*, No. 22 CIV. 9288 (PAE), 2024 WL 4825955, at *3 (S.D.N.Y. Nov. 19, 2024) (noting that district courts have the "inherent power" to "strike material from the docket" and citing *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016) for the proposition that that power is grounded in "the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases") (cleaned up).

  Finally, Mr. Zhu requests the Court's leave to file a version of the Second Amended Complaint that uses Mr. Zhu's real name and that removes allegations relating to his request to proceed under a pseudonym.

Respectfully submitted,

_/s/ Times Wang_
Times Wang

Cc:   Counsel of record (via ECF)

1543 Champa Street N.W., Suite 400, Denver, CO 80202
1300 I Street N.W., Suite 400E, Washington, D.C. 20005