UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUN-KO CHANG, YI RAN WANG, GUANEE XIE, and HOFMANN ZHU, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI a/k/a SANDY REBECCA LEE,<br><br>Defendants. | Case No.: 24-cv-8980<br><br>Hon. Phillip M. Halpern |

**NOTICE OF DEFENDANT INTERNATIONAL BANK OF CHICAGO'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant International Bank of Chicagos's ("IBC") Motion to Dismiss the Second Amended Complaint, and such other and further papers and proceedings as may be filed or had, IBC will move this Court before the Honorable Philip M. Halpern, United States District Judge, in the United States District Court for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, on a date and time to be determined by the Court, for an Order, granting IBC's Motion to Dismiss and dismissing the Second Amended Complaint, as against IBC, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: July 30, 2025

/s/ *Felicia S. Ennis*
Felicia S. Ennis
Warshaw Burstein LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
(212) 984-7700
FEnnis@wbny.com

*Counsel for Defendant*
*International Bank of Chicago*