Times Wang
twang@farrawang.com
(202) 505-6227

August 22, 2025

*Via ECF*

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *Chun-Ko Chang v. Shen Yun Performing Arts, Inc., et al.*, No. 24-cv-8980-PMH (S.D.N.Y.)

Dear Judge Halpern:

    I write on the plaintiffs' behalf to request permission to submit a single, consolidated brief in opposition to the defendants' two motions to dismiss. The plaintiffs' single brief will use fewer total pages than if the plaintiffs filed individual opposition briefs.

    During a June 12, 2025 hearing, Your Honor gave defendant International Bank of Chicago 15 pages for its motion to dismiss brief, and gave the remaining defendants, known as the Shen Yun Defendants, 25 pages. Your Honor did not specify page limits for the plaintiffs' oppositions. Under the Local Rules, the plaintiffs would be entitled to 17,500 words across both briefs, which is more than 70 pages under standard formatting requirements.

    The plaintiffs propose filing a single, consolidated opposition brief in response to both motions of no more than 35 pages. That is fewer pages than the plaintiffs would otherwise be entitled to and would promote judicial efficiency by reducing the total number of pages and by minimizing redundancy.

    The plaintiffs have conferred with the defendants and they do not oppose this request.

Respectfully submitted,

Times Wang

Cc: Counsel of record (via ECF)

1543 Champa Street N.W., Suite 400, Denver, CO 80202
1300 I Street N.W., Suite 400E, Washington, D.C. 20005