

**MEGHAN HALLINAN**
ASSOCIATE

DIRECT DIAL: 212-984-7734
EMAIL: MHallinan@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

September 9, 2025

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:    *Chun-Ko Chang. v. Shen Yun Performing Arts, Inc., et al.,* Case No. 24-cv-8980

Dear Judge Halpern:

    I write on behalf of Defendant International Bank of Chicago ("IBC") in the above-captioned matter to respectfully request an extension of time to serve IBC's reply papers in support of its motion to dismiss. The current deadline is September 11, 2025. This is Defendant IBC's first request for an adjournment or extension of such deadline.

    Felicia Ennis, the lead attorney for IBC in this case and also the principal draftsperson, is unable to complete and serve IBC's reply papers this week due to a death in her immediate family. IBC therefore respectfully requests that the Court extend its time to serve its reply papers until September 25, 2025. Plaintiffs have no objection to the extension IBC is requesting herein.

    Thank you for your consideration of this matter.

                                                          WARSHAW BURSTEIN LLP

                                                          By: */s/ Meghan Hallinan*

cc:  All counsel via ECF

{1813590.1 }