

Butterfield & Patterson, PLLC
P.O. Box 941681
Plano, Texas 75094

(945) 284–0700

ButterfieldPatterson.com

September 11, 2025

**Via ECF**
The Hon. Philip M. Halpern
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, New York 10601

 R<small>E</small>: *Chun-Ko Chang et al. v. Shen Yun Performing Arts, Inc., et al.*, Case No. 24-cv-8980

Dear Judge Halpern:

We represent all the Defendants in this case except for the International Bank of Chicago.

The Court's June 12, 2025, minute entry directed the motions to dismiss and all related briefing to be bundled for filing on the reply service date. In light of Your Honor's grant of Defendant International Bank of Chicago's letter motion to extend its time to serve and file its reply papers to September 25, 2025, and because this litigation involves two separately represented groups of Defendants serving replies to one consolidated Response in Opposition, we would respectfully propose to make the bundled filing on September 25, 2025, unless the Court instructs us otherwise. We also respectfully request to serve our reply on Monday, September 15, 2025. Plaintiffs' counsel are unopposed.

We are grateful for Your Honor's attention.

            Sincerely,

            Lea E. Patterson

            *Counsel for Shen Yun Performing Arts, Inc., Fei Tian Academy, Fei Tian College, Dragon Springs Buddhist, Inc., Shujia Gong, Hongzhi Li, and Rui Li.*

cc: All counsel via ECF