## APPENDIX

**Collected Cases, Executive Branch Determinations, that Falun Gong Constitutes a Religion for Purposes of State and Federal Civil Rights Laws**

## Court Cases

*Zhang Jingrong v. Chinese Anti-Cult World All.*, 311 F.Supp.3d 514, 525, 559–60 (E.D.N.Y. 2018), *rev'd on other grounds* 16 F.4th 47 (2d Cir. 2021).

*Jin v. Garland*, 2023 WL 4632003 at *2 (2d Cir. July 20, 2023).

*Mindeng Zheng v. Holder*, 465 F.App'x 35, 41 n.7 (2d Cir. 2012).

*Xing Guo Cao v. Holder*, 491 F.App'x 229, 231 (2d Cir. 2012).

*QiZeng Chen v. U.S. Dep't of Just.*, 257 F.App'x 356, 360 (2d Cir. 2007).

*Chen v. U.S. Dep't of Just.*, 426 F.3d 104, 115 (2d Cir. 2005).

*You Guang Li v. Att'y Gen.*, 322 F.App'x 248, 249 n.1 (3d Cir. 2009).

*Dong v. Gonzales*, 152 F.App'x 155, 156 n.1 (3d Cir. 2005.

*Chen v. Att'y Gen.*, 142 F.App'x 625, 625 (3d Cir. 2005).

*Gao v. Ashcroft*, 299 F.3d 266, 270–71 (3d Cir. 2002).

*Yan Dan Li v. Gonzales*, 222 F.App'x 318, 320 n.3 (4th Cir. 2007).

*Zhao v. Gonzales*, 404 F.3d 295, 308 (5th Cir. 2005).

*Xue Rong Zheng v. Holder*, 315 F.App'x 570, 574 (6th Cir. 2009)

*Hung Chang Yiang v. Gonzales*, 198 F.App'x 548, 551 (7th Cir. 2006).

*Iao v. Gonzales*, 400 F.3d 530, 532 (7th Cir. 2005).

*Zhang v. Ashcroft*, 388 F.3d 713, 719–20 (9th Cir. 2004).

*Jiang v. Gonzales*, 140 F.App'x 765, 532 (10th Cir. 2005).

*Chen v. U.S. Att'y Gen.*, 2022 WL 2252706 at *1 n.1 (11th Cir. 2022).

*Jiang v. U.S. Att'y Gen.*, 2022 WL 2915692 at *1 n.1 (11th Cir. July 25, 2022).

*Guiyan Zhu v. U.S. Att'y Gen.*, 238 F.App'x 555, 556 (11th Cir. 2007) ("Although not specifically characterized as such by practitioners, for our purposes Falun Gong is considered a religion . . . .").

*Jiang v. U.S. Att'y Gen.*, 155 F.App'x 470, 471 n.2 (11th Cir. 2005).

*Wang v. U.S. Att'y Gen.*, 143 F.App'x 240, 243 (11th Cir. 2005).

<u>**United States Department of State**</u>

**2023 Report on International Religious Freedom: China (Includes Tibet, Xinjiang, Hong Kong, and Macau),** https://www.state.gov/reports/2023-report-on-international-religious-freedom/china/

- o "The CCP maintains an extralegal, party-run security apparatus to eliminate the Falun Gong religious group and other banned organizations."

- o "Civil society organizations continued to express concern over reports that authorities forced members of religious organizations, in particular Falun Gong members and ethnic Uyghurs, to serve as organ donors."

- o "Writing in Voices in Bioethics in March, one of the New York City Bar Association report's authors said that in China, 'there is evidence that people incarcerated for religious beliefs and practices (Falun Gong) and ethnic minorities (Uyghurs) have been subjects of forced organ harvesting,'"

- o "Transnational repression targeting members of banned religious groups continued, in particular against members of Falun Gong."

- o "The government continued its campaign against religious groups it characterized as 'cults,' including the CAG and Falun Gong, and it conducted propaganda campaigns aimed at school-age children against xie jiao (literally "heterodox teachings")."

- o "Christians, Muslims, Tibetan Buddhists, and Falun Gong practitioners reported severe societal discrimination in employment, housing, and business opportunities."

**2022 Report on International Religious Freedom: China (Includes Tibet, Xinjiang, Hong Kong, and Macau),** https://www.state.gov/reports/2022-report-on-international-religious-freedom/china/

- o "According to Minghui, a Falun Gong-affiliated publication, authorities sentenced hundreds of Falun Gong practitioners from 28 provinces and regions for their faith to terms ranging from six months to 15 years in prison and harassed and arrested thousands of others."

- o "The government continued its campaign against religious groups it characterized as 'cults,' including the CAG and Falun Gong, and it conducted propaganda campaigns against xie jiao (literally "heterodox teachings") aimed at school-age children."

- o "Discrimination against potential or current tenants based on their religious beliefs reportedly continued. Falun Gong practitioners continued to report difficulties in

finding landlords who would rent them apartments."

- o "On December 9, the Department of State announced sanctions and visa restrictions against three current and former officials for serious human rights abuses in Tibet, including particularly serious violations of religious freedom, and the arbitrary detention of Falun Gang practitioners in Chongqing."

**2021 Report on International Religious Freedom: China (Includes Tibet, Xinjiang, Hong Kong, and Macau),** https://www.state.gov/reports/2021-report-on-international-religious-freedom/china/

- o "The Political Prisoner Database of the human rights NGO Dui Hua Foundation counted 3,793 individuals imprisoned as of September 30 for "unorthodox" religious beliefs, including 2,751 Falun Gong practitioners, 578 CAG members, and 147 members of other Protestant groups."

- o "Discrimination against potential or current tenants based on their religious beliefs reportedly continued. Since 2017 and 2018, when articles in the 2005 Public Security Administration Punishment Law related to 'suspicious activity' began to be enforced in earnest, Falun Gong practitioners reported ongoing difficulty in finding landlords who would rent them apartments."

- o "On May 27, the Secretary condemned the PRC's sanctioning of a former USCIRF commissioner. The Secretary stated, 'Beijing's attempts to intimidate and silence those speaking out for human rights and fundamental freedoms, including freedom of religion or belief, only draw additional international attention and scrutiny to its egregious abuses. This includes the ongoing crimes against humanity and genocide in Xinjiang, as well as its repression of religious and spiritual adherents, including Tibetan Buddhists, Christians, and Falun Gong practitioners.' "

**2020 Report on International Religious Freedom: China (Includes Tibet, Xinjiang, Hong Kong, and Macau),** https://www.state.gov/reports/2020-report-on-international-religious-freedom/china/

- o "In multiple public speeches, the U.S. Secretary of State criticized the government for curtailing religious freedom. In an October speech on tolerance given while visiting Indonesia, the Secretary said, 'The gravest threat to the future of religious freedom is the Chinese Communist Party's war against people of all faiths: Muslims, Buddhists, Christians, and Falun Gong practitioners.' "

- o "The government reportedly discriminated in employment against members of religious groups it labeled as cults and prevented government employees from participating in religious activities. Faluninfo.net reported that in June, a police supervisor in Yuzhou City, Henan Province, fired Falun Gong practitioner Zha Zhuolin from the force for refusing to write a statement denouncing the group."

- o "According to Bitter Winter, the government responded to protests against school reform in the Inner Mongolia Autonomous Region by blaming the unrest on banned

religious groups, such as Falun Gong, or groups it labeled cults, such as the CAG."

o   "Discrimination against potential or current tenants based on their religious beliefs continued. Since 2017 and 2018 when articles in the 2005 Public Security Administration Punishment Law related to 'suspicious activity' began to be enforced in earnest, Falun Gong practitioners reported ongoing difficulty finding landlords who would rent them apartments."

o   "On September 30, at the U.S. Embassy to the Holy See's Symposium on Advancing and Defending Religious Freedom Through Diplomacy in Rome, Italy, the Secretary gave a speech on the restrictions of religious freedom in China. The Secretary said the CCP 'has battered every religious community in China: Protestant house churches, Tibetan Buddhists, Falun Gong devotees, and more. Nor, of course, have Catholics been spared this wave of repression.' In an October speech on tolerance while visiting Indonesia, the Secretary said, 'The gravest threat to the future of religious freedom is the Chinese Communist Party's war against people of all faiths: Muslims, Buddhists, Christians, and Falun Gong practitioners alike.'"

o   "On December 10, the Secretary of State imposed visa restrictions on Huang Yuanxiong, chief of the Xiamen Public Security Bureau Wucun police station 'for his involvement in gross violations of human rights in Xiamen, China.' In his statement, the Secretary said, 'Huang is associated with particularly severe violations of religious freedom of Falun Gong practitioners, namely his involvement in the detention and interrogation of Falun Gong practitioners for practicing their beliefs.' "

**2019 Report on International Religious Freedom: China (Includes Tibet, Xinjiang, Hong Kong, and Macau,** https://www.state.gov/reports/2019-report-on-international-religious-freedom/china

o   "The PPDB listed 2,979 Falun Gong practitioners imprisoned at year's end, compared with 3,486 at the end of 2018. Dui Hua defined imprisoned religious practitioners as 'people persecuted for holding religious beliefs that are not officially sanctioned.' "

o   "In some instances, landlords discriminated against potential or current tenants based on their religious beliefs. Falun Gong practitioners reported having continued difficulty finding landlords who would rent them apartments."

o   "The President, Vice President, Secretary of State, Deputy Secretary of State, and the Ambassador at Large for International Religious Freedom met with survivors of religiously motivated persecution or their family members from the Uighur Muslim, Tibetan Buddhist, Protestant, and Falun Gong communities at the second Ministerial to Advance Religious Freedom in Washington, D.C., from July 16 to 18. Muslim, Buddhist, Protestant, and Falun Gong survivors of religious persecution gave presentations at the ministerial and some met the President during a visit to the White House."

**2018 Report on International Religious Freedom: China (Includes Tibet, Xinjiang, Hong Kong, and Macau),** https://www.state.gov/reports/2018-report-on-international-religious-freedom/china-includes-tibet-xinjiang-hong-kong-and-macau/

- o "Religious groups reported deaths in or shortly after detentions, disappearances, and arrests and stated authorities tortured Tibetan Buddhists, Christians, and members of Falun Gong."

- o "A statement from the July 24-26 U.S. Government-hosted Ministerial to Advance Religious Freedom said, 'Many members of religious minority groups in China – including Uighurs, Hui, and Kazakh Muslims; Tibetan Buddhists; Catholics; Protestants; and Falun Gong – face severe repression and discrimination because of their beliefs. These communities consistently report incidents, in which the authorities allegedly torture, physically abuse, arbitrarily arrest, detain, sentence to prison, or harass adherents of both registered and unregistered religious groups for activities related to their religious beliefs and peaceful practices. Authorities also restrict travel and interfere with the selection, education, and veneration of religious leaders for many religious groups....' "

- o "According to Minghui, detained Falun Gong practitioners to various methods of physical and psychological coercion, such as sleep deprivation, in attempts to force them to renounce their beliefs."

- o "Despite labor law provisions against discrimination in hiring based on religious belief, some employers openly discriminated against religious believers. Some Protestant Christians reported employers terminated their employment due to their religious activities. There were also reports from Falun Gong practitioners that employers dismissed them for practicing Falun Gong. In some instances, landlords discriminated against potential or current tenants based on their religious beliefs. Falun Gong practitioners reported having a very difficult time finding landlords who would rent them apartments."

- o "At the ministerial the United States, Canada, Kosovo, and the United Kingdom issued a statement that said, 'As representatives of the international community, we are deeply concerned about the significant restrictions on religious freedom in China and call on the Chinese government to respect the human rights of all individuals. Many members of religious minority groups in China – including Uighurs, Hui, and Kazakh Muslims; Tibetan Buddhists; Catholics; Protestants; and Falun Gong – face severe repression and discrimination because of their beliefs. These communities consistently report incidents, in which the authorities allegedly torture, physically abuse, arbitrarily arrest, detain, sentence to prison, or harass adherents of both registered and unregistered religious groups for activities related to their religious beliefs and peaceful practices.' "

- o "On December 11, the Ambassador at Large for International Religious Freedom said 'the treatment of Muslims, Christians, Tibetan Buddhists, and Falun Gong practitioners over a long period were reasons to keep China as a Country of

Particular Concern."

**2017 Report on International Religious Freedom: China (Includes Tibet, Xinjiang, Hong Kong, and Macau)**, https://state.gov/reports/2017-report-on-international-religious-freedom/china-includes-tibet-hong-kong-and-macau

- o "In September police detained human rights lawyer Gao Zhisheng, who had defended members of religious groups, including Christians and Falun Gong members."

- o "Despite labor law provisions against discrimination in hiring based on religious belief, some employers openly discriminated against religious believers. Some Protestant Christians reported employers terminated their employment due to their religious activities. Muslims in Xinjiang faced discrimination in hiring, lost their positions, and were detained by authorities for praying in their workplaces. There were also reports from Falun Gong practitioners that employers dismissed them for practicing Falun Gong. In some instances, landlords discriminated against potential tenants based on their religious beliefs."

- o "The Secretary of State, Ambassador, and other embassy and consulates general representatives repeatedly and publicly expressed concerns about abuses of religious freedom. On August 15, the Secretary said, 'In China, the government tortures, detains, and imprisons thousands for practicing their religious beliefs.' He said dozens of Falun Gong members died in detention in 2016 and police policies that restrict Uighur Muslims' and Tibetan Buddhists' religious expression increased."

## Congressional-Executive Commission on China (CECC)

**Chairs' Statement on 20th Anniversary of the Crackdown on Falun Gong** (2019), https://www.cecc.gov/media-center/press-releases/chairs-statement-on-20th-anniversary-of-crackdown-on-falun-gong

- o "We also urge the Chinese government to immediately and unconditionally release Deng Cuiping, Zuo Hongtao, and numerous other Falun Gong practitioners, and respect the freedom of all Falun Gong practitioners to hold their beliefs and their right to practice in accordance with those beliefs as guaranteed under international human rights standards and China's own constitution."

**CECC's intro for 2018 hearing, The Communist Party's Crackdown on Religion in China**, https://www.cecc.gov/events/hearings/the-communist-party%E2%80%99s-crackdown-on-religion-in-china

- o "The Chinese Government has long imposed harsh policies against unregistered Christian churches, Uyghur Muslims, Tibetan Buddhists, Falun Gong practitioners and other new religious movements labeled as cults."

**Falun Gong in China: Review and Update (**2012),
https://www.cecc.gov/events/hearings/falun-gong-in-china-review-and-update

- o  "In 1999, the Chinese government and Communist Party launched a campaign of persecution against the **Falun Gong spiritual movement** that has now lasted for more than 13 years."

**Manipulation of the Criminal Law** to Penalize "Cults" Continues in Case of Painter and Popular Musician (2009) https://www.cecc.gov/publications/commission-analysis/manipulation-of-the-criminal-law-to-penalize-cults-continues-in

- o  "Continuing a trend in which the PRC Criminal Law is used to persecute Falun Gong practitioners, a Beijing court sentenced a 40-year-old award-winning artist to three years in prison late last year on account of her association with the banned spiritual movement."

<u>United States Commission on International Religious Freedom</u>

**USCIRF, China**, https://www.uscirf.gov/countries/china (listing Falun Gong as a "religious group.").

**2025 USCIRF Annual Report**, https://www.uscirf.gov/sites/default/files/2025-04/China%202025%20USCIRF%20Annual%20Report.pdf.

- o  p.16: "The government continued to target Falun Gong practitioners, the Church of Almighty God (CAG), and other unrecognized religious groups as illegal 'cults.'"
- o  p.17: "Other significant religious traditions include Taoism, Falun Gong, and folk religious practices." (at 17)

**USCIRF, 2017 Annual Report**,
https://www.uscirf.gov/sites/default/files/2017.USCIRFAnnualReport.pdf.

- o  p.32 (China): "The government continued to detain, imprison, and torture countless religious freedom advocates, human rights defenders, and religious believers, including highly persecuted Falun Gong practitioners."

- o  p.69 (Russia): "Other religious groups—each under 5 percent—include Buddhists, Protestants, Roman Catholics, Jews, The Church of Jesus Christ of Latter-day Saints (Mormons), Jehovah's Witnesses, Hindus, Baha'is, Hare Krishnas, pagans, Tengrists, Scientologists, and Falun Gong adherents."

<u>U.S. Congressional Resolutions</u>

**S.Res.52** - 119th Congress (2025-2026) (introduced)
https://www.congress.gov/bill/119th-congress/senate-resolution/52/text?s=3&r=18&q=%7B%22search%22%3A%22%5C%22falun%5C%22+AND+%5C%22religious%5C%22%22%7D

- o "Whereas religious minorities face harassment, intimidation, violence, and imprisonment from state and non-state actors around the world, including in— (3) China, where the government utilizes targeted surveillance to monitor, harass, and detain Christians, Tibetan Buddhists, Falun Gong practitioners, Uyghur Muslims, and other religious minorities for exercising their beliefs;"

**H.R.4821** - 117th Congress (2021-2022) (passed House) - Combating the Persecution of Religious Groups in China Act, https://www.congress.gov/bill/117th-congress/house-bill/4821/text?s=3&r=19&q=%7B%22search%22%3A%22%5C%22falun%5C%22+AND+%5C%22religious%5C%22%22%7D

- o "It is the sense of Congress that the United Nations Human Rights Council should issue a formal condemnation of the People's Republic of China for the ongoing genocide against Uyghurs and other religious and ethnic minority groups, as well as for its persecution of Christians, Falun Gong, and other religious groups."

**S.Res.667** - 115th Congress (2017-2018) (introduced), https://www.congress.gov/bill/115th-congress/senate-resolution/667/text?s=3&r=17&q=%7B%22search%22%3A%22%5C%22falun%5C%22+AND+%5C%22religious%5C%22%22%7D

- o "Whereas many members of religious minority groups in China, including Uighurs, Hui, and Kazakh Muslims; Tibetan Buddhists; Catholics; Protestants; and Falun Gong, face severe repression and discrimination because of their beliefs;"

**H.Res.343** (185 bi-partisan cosponsors) passed by the House unanimously on June 13, 2016, https://www.congress.gov/bill/114th-congress/house-resolution/343/text

**H.Res.281** - 113th Congress (2013-2014) (Introduced), https://www.congress.gov/bill/113th-congress/house-resolution/281/text?s=3&r=1&q=%7B%22search%22%3A%22%5C%22falun%5C%22+AND+%5C%22religious%5C%22%22%7D

- o "Expressing concern over persistent and credible reports of systematic, state-sanctioned organ harvesting from non-consenting prisoners of conscience, in the People's Republic of China, including from large numbers of Falun Gong practitioners imprisoned for their religious beliefs, and members of other religious and ethnic minority groups."

**H.Res.245** - 113th Congress (2013-2014) (introduced), https://www.congress.gov/bill/113th-congress/house-resolution/245/text?s=3&r=14&q=%7B%22search%22%3A%22%5C%22falun%5C%22+AND+%5C%22religious%5C%22%22%7D

- o "Resolved, that the House of Representatives . . . . (3) condemns the continued persecution and oppression of peaceful religious minorities, such as Buddhists, the Uyghur people, Falun Gong practitioners, and other spiritual movements;"

**H.Res.605** (81 bi-partisan cosponsors) (passed the House 412-1 on March 16, 2010), https://www.congress.gov/bill/111th-congress/house-resolution/605/text

- o "Whereas Falun Gong is a traditional Chinese spiritual discipline founded by Li Hongzhi in 1992, which consists of spiritual, religious, and moral teachings for daily life, meditation, and exercise, based upon the principles of truthfulness, compassion, and tolerance;"

- o "Resolved, that the House of Representatives . . . . (3) calls upon the President and Members of Congress to mark the 11th anniversary of Chinese official repression of the Falun Gong spiritual movement appropriately and effectively by publicly expressing solidarity with those practitioners in China persecuted solely because of their personal beliefs, and by meeting with Falun Gong practitioners whenever and wherever possible to indicate that support for freedom of conscience remains a fundamental principle of the United States Government."

**H.Res.608** - 109th Congress (2005-2006) (passed House), https://www.congress.gov/bill/109th-congress/house-resolution/608/text?s=3&r=16&q=%7B%22search%22%3A%22%5C%22falun%5C%22+AND+%5C%22religious%5C%22%22%7D

- o "Whereas the Chinese Government continues its brutal campaign to eradicate the Falun Gong spiritual movement and thousands of its members have been subject to excessive force, abuse, detention, and torture, including Liu Chengjun who died in 2003 after reportedly being abused in custody in Jilin Province and Huang Wei who is currently detained in Hebei Province, among others;"

**H.Con.Res.304** (75 bi-partisan cosponsors) passed by the House unanimously on Oct. 4, 2004, https://www.congress.gov/bill/108th-congress/house-concurrent-resolution/304/text

- o "Whereas Falun Gong is a peaceful spiritual movement that originated in the People's Republic of China but has grown in popularity worldwide and is now accepted and practiced by thousands in the United States;"

- o "Resolved by the House of Representatives (the Senate concurring), That it is the sense of Congress that (1) the Government of the People's Republic of China should — . . . . "(D) immediately end the harassment, detention, physical abuse, and imprisonment of individuals who are exercising their legitimate rights to freedom of religion, including the practices of Falun Gong, freedom of expression, and freedom of association as stated in the Constitution of the People's Republic of China;"

**H.Con.Res.188** (100 bi-partisan cosponsors) passed by the House unanimously on July 24, 2002. Expressing the sense of Congress that the Government of the People's Republic of China should cease its persecution of Falun Gong practitioners, https://www.congress.gov/bill/107th-congress/house-concurrent-resolution/188/text).

**H.Con.Res.218** (72 bi-partisan cosponsors) passed by the House unanimously on Nov. 18, 1999, Expressing the sense of the Congress that the Government of the People's Republic of China should stop its persecution of Falun Gong practitioners, https://www.congress.gov/bill/106th-congress/house-concurrent-resolution/218/text