

**SMS**
STEVEN M SCHNEEBAUM PC

202.742.5900 o.  |  202.449.3835 f.  |  202.744.3838 c.
www.smslawdc.com  |  sms@smslawdc.com
1750 K Street NW #1210, Washington DC  20006

September 25, 2025

**Via ECF**

The Hon. Philip M. Halpern
United States District Judge
United State District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   *Chun-Ko Chang et al. v. Shen Yun Performing Arts, Inc., et al.*, Case No. 24-cv-8980 —
        Request for Oral Argument on Shen Yun Defendants' Motion to Dismiss

Dear Judge Halpern:

Pursuant to Your Honor's Individual Practices, the Shen Yun Defendants respectfully request the opportunity to present oral argument on their Motion to Dismiss, which together with Plaintiffs' Opposition and our Reply is being filed today. We suggest that oral argument would be of assistance to the Court in its deliberations, because the dispositive and substantive motion raises multiple important and complex legal issues.

Sincerely,

Steven M. Schneebaum

cc: All counsel via ECF