

FELICIA ENNIS
PARTNER

DIRECT DIAL: 212-984-7753
EMAIL: FEnnis@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

September 25, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: ***Chun-Ko Chang, et al. v. Shen Yun Performing Arts, Inc., et al.*, Case No. 24-cv-8980**
Request for Oral Argument on Defendant International Bank of Chicago's Motion to Dismiss

Dear Judge Halpern:

We represent Defendant International Bank of Chicago ("IBC") in the above-captioned matter. Pursuant to Your Honor's Individual Practices, Rule 4(L), IBC respectfully requests the opportunity to present oral argument on its Motion to Dismiss, which in conjunction with the Shen Yun Defendants' filing of their Motion to Dismiss along with the Plaintiffs' Opposition to both motions, is being filed today. IBC agrees with the Shen Yun Defendants that oral argument would assist this Court in its deliberations on the complex issues raised by Defendants' respective motions.

WARSHAW BURSTEIN LLP

By: /s/ Felicia S. Ennis
Felicia S. Ennis
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 984-7700
fennis@wbny.com

cc: All Counsel of Record by Court ECF

{1817065.2}