AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Chun-Ko Chang et al.
*Plaintiff*
v.
Shen Yun Performing Arts, Inc. et al.
*Defendant*

Case No. 24-8980

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of Arts, Dragon Springs Buddhist Inc., and Shujia Gong a/k/a TianLiang Zhang .

Date: 08/21/2026

/s/ Peter G. Siachos
*Attorney's signature*

Peter Siachos
*Printed name and bar number*

Gordon Rees Scully Mansukhani LLP
677 King Street, Suite 450
Charleston, SC 29403
*Address*

psiachos@grsm.com
*E-mail address*

(843) 714-2505
*Telephone number*

(843) 804-4691
*FAX number*