GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

One Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

PETER G. SIACHOS
Partner

Application granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 116.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 24, 2026

August 2

**Via ECF**

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** ***Chang v. Shen Yun Performing Arts, Inc.*****, Case No. 24-cv-08980 (PMH)**

Dear Judge Halpern:

Our firm represents Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., and Shujia Gong a/k/a Tianliang Zhang. With the agreement of counsel for the remaining Defendants and Plaintiffs' consent, we respectfully submit this letter-motion on behalf of all Defendants pursuant to Section 1(C) of Your Honor's Individual Practices. Following the Court's August 18, 2026 Order resolving Defendants' motions to dismiss (ECF No. 113), Defendants' answers to the Second Amended Complaint are currently due September 1, 2026. Defendants respectfully request a two-week extension, to September 15, 2026.

The requested extension is warranted given the length of the Second Amended Complaint (ECF No. 91), which spans 118 pages and contains 595 numbered allegations, and the number of parties involved. This is the first request for an extension of the deadline to respond to the Second Amended Complaint. Plaintiffs consent to the requested extension, and all Defendants join in it. The requested extension will not affect any other scheduled dates. We thank the Court for its consideration.

Respectfully submitted,

PETER G. SIACHOS

cc: All counsel of record via ECF