WARSHAW BURSTEIN

FELICIA ENNIS
PARTNER

DIRECT DIAL: 212-984-7753
EMAIL: FEnnis@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

August 25, 2026

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**Re: *Chun-Ko Chang, et al. v. Shen Yun Performing Arts, Inc., et al.*, Case No. 24-cv-8980**

Dear Judge Halpern:

We represent Defendant International Bank of Chicago ("IBC") in the above-captioned matter. With the agreement of counsel for Plaintiffs, IBC respectfully submits this letter motion pursuant to Section 1(C) of Your Honor's Individual Practices.Following the Court's August 18, 2026 Order resolving the Defendants' motions to dismiss (ECF No. 113), Defendants' answers to the Second Amended Complaint ("SAC") are currently due on September 1, 2026. IBC respectfully requests a two-week extension of its deadline to answer the SAC until September 15, 2026.[1]

The requested extension is warranted due to the length of the SAC. Such an extension would also serve the interests of efficiency and judicial economy by aligning IBC's deadline to answer the SAC with that of Defendants Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of Arts, Dragon Springs Buddhist, Inc., and Shujia Gong. *See* ECF No. 118. This is IBC's first

[1] IBC joined the request for an extension filed on behalf of all Defendants (ECF 118). Although Your Honor granted the request as to Defendants Dragon Springs Buddhist, Inc., Fei Tian Academy of the Arts, Fei Tian College, Shujia Gong and Shen Yun Performing Arts, Inc., the docket text does not reflect an extended deadline for IBC to file its answer.

request for an extension of the deadline to respond to the SAC. Plaintiffs consent to the requested extension. The requested extension will not affect any other scheduled dates.

WARSHAW BURSTEIN LLP

By: /s/ Felicia S. Ennis
Felicia S. Ennis
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 984-7700
fennis@wbny.com

cc: All Counsel of Record by Court ECF