UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHUN-KO CHANG, et al.,

Plaintiffs,

-against-

SHEN YUN PERFORMING ARTS, INC., et al.,

Defendants.

Case No. 24-CV-08980 (PMH)

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

WHEREAS, Defendants Hongzhi Li and Sandy Li (incorrectly identified as "Rui Li a/k/a/ Sandy Rebecca Lee" in the caption, and together with Hongzhi Li, the "Li Defendants") have been named as defendants in the above-captioned Action;

WHEREAS, the law firm of Steven M. Schneebaum, PC, specifically Steven M. Schneebaum, has appeared on behalf of the Li Defendants in this Action;

WHEREAS, the law firm of Butterfield & Patterson, PLLC, specifically Justin Butterfield and Lea E. Patterson, have appeared on behalf of the Li Defendants in this Action;

WHEREAS, the Li Defendants now wish to substitute the law firm of Lauro & Singer, specifically John F. Lauro and Justin F. Song, as their new counsel of record in place and instead of Steven M. Schneebaum, PC and Butterfield & Patterson, PLLC;

WHEREAS, Terri E. Marsh will remain counsel of record for the Li Defendants;

WHEREAS, Steven M. Schneebaum, PC and Butterfield & Patterson, PLLC have agreed to such substitution; and

WHEREAS, Steven M. Schneebaum, PC and Butterfield & Patterson, PLLC will remain counsel of record for Defendants Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist, Inc., and Shujia Gong;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned counsel and the Li Defendants that, pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Lauro & Singer shall be and is hereby substituted in lieu of Steven M. Schneebaum, PC and Butterfield & Patterson, PLLC, as counsel of record for the Li Defendants.

IT IS FURTHER AGREED that this Stipulation may be executed in counterparts.

***

**STEVEN M. SCHNEEBAUM, PC**

By: _*/s/ Steven M. Schneebaum*________
Steven M. Schneebaum, Esq.
sms@smslawdc.com
1750 K Street, N.W.
Suite 1210
Washington, DC 20006
(202) 742-5900

**LAURO & SINGER**

By: __*/s/ John F. Lauro*__________
John F. Lauro, Esq.
Justin F. Song, Esq.
jlauro@laurosinger.com
jsong@laurosinger.com
1330 Avenue of the Americas, 23rd Floor
New York, NY 10022
(813) 222-8990

**BUTTERFIELD & PATTERSON, PLLC**

By: ___*/s/ Justin Butterfield*____________
Justin Butterfield, Esq.
justin@butterfieldpatterson.com
P.O. Box 941681
Plano, TX 75094
(945) 284-0702

By: __*/s/ Lea E. Patterson*______
Lea E. Patterson, Esq.
lea@butterfieldpatterson.com
P.O. Box 941681
Plano, TX 75094
(945) 284-0702

**LI DEFENDANTS**

By: __*/s/ Hongzhi Li*______________
Hongzhi Li

By: _____*/s/_ Sandy Li*___________
Sandy Li

**SO ORDERED:**

______________________________
Hon. Philip M. Halpern
United States District Judge