**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN-KO CHANG, ET AL.<br><br>Plaintiffs,<br><br>-against-<br><br>SHEN YUN PERFORMING ARTS, INC., ET AL.<br><br>Defendants. | Case No. 24-cv-8980<br><br>**[PROPOSED] CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER** |

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties **do not consent** to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).
2. This case **is** to be tried to a jury.
3. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed by November 13, 2026 (or 30 days from the date of this Order).
4. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed by **October 6, 2026**.
5. Fact Discovery
   a. All fact discovery shall be completed by **January 31, 2028**.
   b. Initial requests for production of documents, interrogatories, and requests to admit shall be served by **November 13, 2026**.
   c. All further requests for production of documents, interrogatories, and requests to admit shall be served by **December 28, 2027**.
   d. Non-expert depositions shall be completed by **January 31, 2028**.

e. Any of the interim deadlines in paragraphs 5(b) through 5(d) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 5(a).

6. Expert Discovery

a. All expert discovery, including expert depositions, shall be completed by **June 29, 2028**.

b. All expert disclosures shall be made by **February 29, 2028.**

c. Expert reports shall be served by **February 29, 2028**.

d. Opposing expert reports shall be served by **April 14, 2028**.

e. Rebuttal expert reports shall be served by **May 30, 2028**.

f. Expert depositions shall be completed by **June 29, 2028**.

g. Any of the interim deadlines in paragraphs 6(b) through 6(f) may be extended by the written consent of all parties without application to the Court, provided that all expert discovery is completed by the date set forth in paragraph 6(a).

7. Additional provisions required by Fed. R. Civ. P. 26(f) and agreed upon by the parties are attached hereto and made a part hereof.

8. ALL DISCOVERY SHALL BE COMPLETED BY **June 29, 2028**.

9. The parties shall file a joint letter concerning settlement/mediation by **February 11, 2028.**

10.

a. Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case and have agreed to revisit this topic in advance of the deadline for a joint letter concerning settlement/mediation on February 11, 2028.

b. Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties propose to update the Court on use of any alternate dispute resolution mechanism for this case by February 11, 2028.

c. Counsel for the parties recommend that use of any alternate dispute resolution mechanism be discussed after the close of fact discovery, by February 11, 2028.

d. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. All motions and applications shall be governed by the Court's Individual Practices, including the requirement of any pre-motion submissions and a pre-motion conference before a motion for summary judgment is filed.

12. Unless otherwise ordered by the Court, within 30 days after a decision on motion(s) for summary judgment, the parties shall submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Practices. The parties shall also comply with the Court's Individual Practices with respect to the filing of other required pretrial documents.

13. The parties have conferred and agree that the length of trial will be impacted by the Court's decisions on class certification and summary judgment. The parties agree to include information regarding a best estimate of the length of trial with their joint pretrial order.

14. The Magistrate Judge assigned to this case is the Honorable Judith McCarthy.

15. The next case management conference is scheduled for ___________________ at __________. (The Court will set this date at the initial conference.)

Dated: _____________________
White Plains, New York

**SO ORDERED:**

_____________________
Philip M. Halpern
United States District Judge

**ADDITIONAL PROVISIONS TO CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

Pursuant to Paragraph 7, the following additional provisions are agreed upon by counsel, attached hereto, and made a part hereof:

1. Motion(s) for class certification, motion(s) for summary judgment, and all Rule 702 motion(s) shall be filed by **August 21, 2028** (Plaintiffs intend to proceed to trial regardless of the outcome of class certification).

2. Oppositions to any class certification, summary judgment, and Rule 702 motions shall be filed by **October 19, 2028**.

3. Reply briefs in support of any motions for certification, summary judgment, and Rule 702 motions shall be filed by **December 18, 2028**.

Attached as **Exhibit A** is an agreed-upon case schedule, chronologically reflecting the deadlines in this document. The parties agree that this schedule may not be changed without leave of Court.

**EXHIBIT A**

| Event | Date |
|---|---|
| Initial disclosures (Fed. R. Civ. P. 26(a)(1)) due | October 6, 2026 |
| Deadline to file any motion to amend or to join additional parties | November 13, 2026 |
| Deadline to serve initial RFPs/ROGs/RFAs | November 13, 2026 |
| Deadline for substantial completion of production of documents in response to any RFPs served by November 13, 2026 | May 13, 2027 |
| All RFPs/ROGs/RFAs served | December 28, 2027 |
| Fact witness depositions complete | January 31, 2028 |
| All fact discovery complete | January 31, 2028 |
| Expert reports served | February 29, 2028 |
| Opposing expert reports served | April 14, 2028 |
| Rebuttal expert reports served | May 30, 2028 |
| Expert witness depositions[1] | June 29, 2028 |
| All expert discovery complete | June 29, 2028 |
| Motion(s) for class certification, summary judgment, and all Rule 702 motion(s) | August 21, 2028 |
| Opposition to motion(s) for class certification, summary judgment, and all Rule 702 motion(s) | October 19, 2028 |
| Reply memorandum/a in support of motion(s) for class certification, summary judgment, and all Rule 702 motion(s) | December 18, 2028 |

[1] The Parties agree that no expert may be deposed for more than seven hours on the record absent agreement of the Parties or leave of Court.