UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHUN-KO CHANG, et al.,

Plaintiffs,

-against-

SHEN YUN PERFORMING ARTS, INC., et al.,

Defendants.

**ORDER**

24-CV-08980 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today by telephone for a dual initial pretrial conference and pre-motion conference on all defendants' (other than International Bank of Chicago) (the "Non-Bank Defendants") renewed request to: i) deem the instant action as related to *Sun et al. v. Shen Yun Performing Arts, Inc.*, No. 25-CV-03185 (JGLC) (S.D.N.Y.) under Rule 13 of the Rules for the Division of Business Among District Judges; and ii) consolidate the two cases under Fed. R. Civ. P. 42(a) for "discovery and discovery-related case management." (Doc. 135). Having thoroughly considered the parties' joint letter-motion (Doc. 135), and after permitting the parties an opportunity to be heard, the Court exercised its discretion to deem the letter-motion as the motion itself. *In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011); *Brown v. New York*, 2022 WL 221343, at *2 (2d Cir. Jan. 26, 2022). For the reasons stated on the record and law cited therein, Non-Bank Defendants' motion is DENIED in full. *See* Transcript.

With respect to Defendants' Answers (Docs. 125, 126, 127), and as discussed on the record, the Court will permit the parties to stipulate to withdrawing any inapplicable affirmative defenses. *See* Transcript.

As discussed during the conference, a modified Civil Case Discovery Plan and Scheduling Order will be docketed separately.

**SO ORDERED:**

Dated: White Plains, New York
October 14, 2026

PHILIP M. HALPERN
United States District Judge