**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUN-KO CHANG, YI RAN WANG, GUANEE XIE, and HOFMANN ZHU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHEN YUN PERFORMING ARTS, INC., FEI TIAN COLLEGE, FEI TIAN ACADEMY OF THE ARTS, DRAGON SPRINGS BUDDHIST INC., INTERNATIONAL BANK OF CHICAGO, SHUJIA GONG a/k/a TIANLIANG ZHANG, HONGZHI LI, and RUI LI a/k/a SANDY REBECCA LEE,<br><br>Defendants. | Case No. 7:24-cv-08980 (PMH) (JCM) |

**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES AND FILING OF AMENDED ANSWERS**

WHEREAS, on September 15, 2026, three separate Answers to Plaintiffs' Second Amended Class Action Complaint were filed by: (i) Defendant International Bank of Chicago (the "Bank") (ECF No. 125); (ii) Defendants Hongzhi Li and Rui Li a/k/a Sandy Rebecca Lee (the "Li Defendants") (ECF No. 126); and (iii) Defendants Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., and Shujia Gong a/k/a Tianliang Zhang (collectively, the "Shen Yun Defendants") (ECF No. 127);

WHEREAS, at the October 14, 2026 conference, the Court addressed Defendants' pleaded affirmative defenses, and the Court's October 14, 2026 Order expressly permitted the parties to stipulate to the withdrawal of certain affirmative defenses from the Answers (ECF No. 138);

WHEREAS, the Shen Yun Defendants and the Bank seek to withdraw certain asserted affirmative defenses that are more appropriately addressed as denials or arguments, to renumber the remaining defenses accordingly, and to make limited typographical and other nonsubstantive corrections;

WHEREAS, the Li Defendants seek to withdraw certain asserted affirmative defenses, renumber their remaining defenses, and revise their General Denial, certain responses to the allegations in Plaintiffs' Second Amended Class Action Complaint, and certain affirmative defenses, as reflected in the proposed clean First Amened Answer attached as Exhibit C and the corresponding redline attached as Exhibit D; and

WHEREAS, Plaintiffs consent to the filing of the separate amended answers shown in the proposed clean First Amended Answers attached as Exhibits A, C, and E, respectively, and the corresponding redlines attached as Exhibits B, D, and F;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, subject to approval by the Court, as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's October 14, 2026 Order (ECF No. 138), Answering Defendants are granted leave to file a First Amended Answer and Affirmative Defenses to Plaintiffs' Second Amended Class Action Complaint, in the form attached as Exhibit A, amending their Answer at ECF No. 127. The Li Defendants are separately granted leave to file their First Amended Answer and Affirmative Defenses, in the form attached as Exhibit C, amending their Answer at ECF No. 126. The Bank is separately granted leave to file its First Amended Answer to Plaintiffs' Second Amended Complaint, in the form attached as Exhibit E, amending its Answer at ECF No. 125.

2. Within seven (7) days after the Court enters this Stipulation and Order, the Shen Yun Defendants, the Li Defendants, and the Bank shall each file the clean version of their respective First Amended Answer and Affirmative Defenses as separate docket entries. Each filing shall include the clean amended pleading and a redline reflecting the changes from that group's previously filed Answer (ECF Nos. 127, 126, and 125, respectively).

3. Upon filing, each First Amended Answer and Affirmative Defenses shall supersede that defendant group's prior Answer, and the affirmative defenses omitted from the amended pleading shall be withdrawn.

4. Nothing in this Stipulation and Order constitutes an admission concerning the merits of any claim or defense, a determination that any remaining affirmative defense is legally sufficient, or a waiver of any party's rights under the Federal Rules of Civil Procedure or existing Court orders.

*[signatures on next page]*

Dated: November 13, 2026

**GORDON REES SCULLY MANSUKHANI LLP**

By: /s/ *Clair E. Wischusen*
Clair E. Wischusen (*pro hac vice*)
277 S. Washington Street, Suite 550
Alexandria, VA 22314
cwischusen@grsm.com
Tel: (703) 650-7030

Peter G. Siachos
677 King Street, Suite 450
Charleston, SC 29403
psiachos@grsm.com
Tel: (843) 714-2505

**STEVEN M. SCHNEEBAUM, P.C.**
Steven M. Schneebaum (pro hac vice)
1750 K Street, N.W., Suite 1210
Washington, DC 20006
sms@smslawdc.com
Tel: (202) 742-5900

**BUTTERFIELD & PATTERSON, PLLC**
Justin E. Butterfield (*pro hac vice*)
Lea E. Patterson (*pro hac vice*)
P.O. Box 941681
Plano, TX 75094
justin@butterfieldpatterson.com
lea@butterfieldpatterson.com
Tel: (945) 284-0700

*Attorneys for Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist Inc., and Shujia Gong a/k/a Tianliang Zhang*

**LAURO & SINGER**

By: /s/ *John F. Lauro*
Justin F. Song
John F. Lauro
1330 Avenue of the Americas, 23rd Floor
New York, NY 10022
jsong@laurosinger.com
jlauro@laurosinger.com
Tel: (813) 222-8990

**HUMAN RIGHTS LEGAL FOUNDATION**
Terri E. Marsh (*pro hac vice*)
1333 New Hampshire Avenue, N.W., Suite 200
Washington, DC 20036
terri.marsh.hrlf@gmail.com
Tel: (202) 774-0893

*Attorneys for Defendants Hongzhi Li and Rui Li a/k/a Sandy Rebecca Lee*

**WARSHAW BURSTEIN LLP**
By: /s/ *Felicia S. Ennis*
Felicia S. Ennis
Branden Lynn
575 Lexington Avenue, 7th Floor
New York, NY 10022
fennis@wbny.com
blynn@wbny.com
Tel: (212) 984-7700

*Attorneys for Defendant International Bank of Chicago*

**BERGER MONTAGUE PC**

By: */s/ Michaela Wallin*
Michaela Wallin
Michael C. Dell'Angelo IV (*pro hac vice*)
Sarah Zimmerman
1818 Market Street, Suite 3600
Philadelphia, PA 19103
mdellangelo@bergermontague.com
mwallin@bergermontague.com
szimmerman@bergermontague.com
Tel: (215) 875-3000

Mariyam Hussain (NY Bar No. 5492475)
1820 West Division Street
Chicago, IL 60622
mhussain@bergermontague.com
Tel: (773) 666-4316

**FARRA & WANG PLLC**
Times Wang
Adam Farra
Charee Woodard
650 Massachusetts Avenue, N.W., Suite 600
Washington, DC 20001
twang@farrawang.com
afarra@farrawang.com
cwoodard@farrawang.com
Tel: (202) 505-5990

*Attorneys for Plaintiffs and the Proposed Class*

**SO ORDERED:**
White Plains, New York

Dated: ______________________

_______________________________________
PHILIP M. HALPERN
United States District Judge